IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LASHANA DUVALL**                                                                     **PLAINTIFF**

v.                        **CASE NO. 4:23-CV-00036-BSM**

**SALEM PLACE NURSING AND
REHABILITATION CENTER, INC.**                                **DEFENDANT**

### JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 17th day of May, 2024.

                                                     _____
                                                     UNITED STATES DISTRICT JUDGE